

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

John David Trice,

Vs. No. 11-24-00035-CR

The State of Texas,

\* From the 266th District Court
of Erath County,
Trial Court No. 23CRDC-00077.

\* July 24, 2025

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.